# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2024

*The Court of Appeals hereby passes the following order:*

A25A0452. BRIANA DOWNS et al v. PROGRESSIVE MOUNTAIN INSURANCE COMPANY.

In this personal injury action arising out of an automobile accident, plaintiffs filed a complaint for damages and obtained a default judgment. Progressive Mountain Insurance Company filed a motion to set aside the default judgment, which the trial court granted. Plaintiffs filed a notice of appeal from the trial court's order. We, however, lack jurisdiction.

"The *grant* of a motion to set aside a default judgment . . . leaves the case pending in the trial court below and is not a final judgment. Because the judgment is not final, a direct appeal under OCGA § 5-6-34 (a) is not authorized[.]" *Laff Lines, Ltd. v. Dimauro*, 186 Ga. App. 24, 25 (366 SE2d 375) (1988) (emphasis in original). See also *Hooper v. Taylor*, 230 Ga. App. 128 (1) (495 SE2d 594) (1998). Rather, plaintiffs were required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b). See *Laff Lines*, 186 Ga. App. at 25. Plaintiffs' failure to do so

deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/07/2024_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*